JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 08-1236-AG(MLGx) | Date December 17, 2009 |
| Title CHARLES MICHAEL BINKS v DSL.NET, INC., ET AL | |

Present: The Honorable **ANDREW J. GUILFORD**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [In Chambers] **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

The Complaint in this matter was filed on November 3, 2008. On November 16, 2009, this Court issued a Minute Order which ordered plaintiff to show cause in writing on or before December 15, 2009, why this action should not be dismissed for lack of prosecution for failure to prosecute the action diligently. To date, the Court has received no response to the Order to Show Cause.

Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

: 0

Initials of Preparer  lmb